PROB 22
(Rev. 01/24)

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 2:18CR00036 |

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Rec. Court)* |
|---|
| **25tp80005 Cannon** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Maine | Portland |
| Joshua Kaufman | NAME OF SENTENCING JUDGE | |
| Boca Raton, Florida | Honorable Judge George Singal | |

| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|---|
| | | 02/07/2024 | 02/06/2029 |

OFFENSE
Possession with Intent to Distribute Methamphetamine (5+ Grams), 21 U.S.C §§ 841(a)(1), 841(b)(1)(B)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Prosocial ties to district of transfer, no intentions to return to sentencing district.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___ - ___   DISTRICT OF ___ Maine ___

      IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___ Southern District of Florida ___ upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| January 22, 2025 | /s/ Lance E. Walker |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____   DISTRICT OF _____

      IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 1/29/2025 | *Robin L. Rosenberg* |
|---|---|
| *Effective Date* | *United States District Judge* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2018 MAY 11 P 4: 25

DEPUTY CLERK

**UNITED STATES OF AMERICA**

v.

**Docket No. 2:18-cr-36-NT**

**JOSHUA KAUFMAN**
**JONATHAN HARMON**
**JENNA YORK**

## SUPERSEDING INDICTMENT

The Grand Jury Charges:

### COUNT 1
**(Possession with Intent to Distribute Methamphetamine)**

On about February 21, 2018, within the District of Maine, defendant

### JOSHUA KAUFMAN

knowingly and intentionally possessed with intent to distribute 5 grams or more of

methamphetamine (actual) and a mixture or substance containing methamphetamine, in violation

of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section

841(b)(1)(B) apply to the conduct described herein.

1

## COUNT 2
### (Attempted Possession with Intent to Distribute Methamphetamine and Cocaine)

On about February 21, 2018, within the District of Maine, defendant

## JOSHUA KAUFMAN

knowingly and intentionally possessed with intent to distribute cocaine, 50 grams or more of

methamphetamine (actual), and 50 grams or more of a mixture or substance containing

methamphetamine, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section

841(b)(1)(A) apply to the conduct described herein.

## COUNT 3
### (Conspiracy to Distribute and to Possess With Intent to Distribute Controlled Substances)

Beginning on a date unknown, but no later than January 2018, and continuing until about

February 21, 2018, within the District of Maine and elsewhere, defendants

## JOSHUA KAUFMAN
## JONATHAN HARMON
## JENNA YORK

knowingly and intentionally conspired with each other and others known and unknown to

distribute and possess with intent to distribute controlled substances including methamphetamine

and cocaine.

## QUANTITY OF METHAMPHETAMINE
## INVOLVED IN THE CONSPIRACY

With respect to defendant **JOSHUA KAUFMAN**, his conduct as a member of the

conspiracy charged in Count 3, which includes the reasonably foreseeable conduct of other

members of the narcotics conspiracy charged in Count 3, involved the following:

a. 50 grams or more of actual methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A); and

b. 50 grams or more of a mixture or substance containing methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(B); and

c. A quantity of a mixture or substance containing cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

With respect to defendants **JONATHAN HARMON** and **JENNA YORK**, their conduct as members of the conspiracy charged in Count 3, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count 3, involved a quantity of actual methamphetamine, its salts, isomers, and salts of its isomers, a quantity of a mixture or substance containing methamphetamine, and a quantity of a mixture or substance containing cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL,

Signature Redacted – Original on file with the Clerk's Office

Assistant United States Attorney

Date: 5-11-75

AO 245B (Rev. 02/18) Judgment in a Criminal Case
Sheet 1

# United States District Court
## District of Maine

UNITED STATES OF AMERICA      **JUDGMENT IN A CRIMINAL CASE**

v.

JOSHUA KAUFMAN

Case Number: 2:18-cr-00036-GZS-001
USM Number: 13250-036

Jonathan M. Goodman, Esq.
Defendant's Attorney

## THE DEFENDANT:

☒ pleaded guilty to count(s) <u>One of the Superseding Indictment.</u>
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐ was found guilty on count(s) _____ after a plea of not guilty.

**The defendant is adjudicated guilty of these offenses:**

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) | Possession with Intent to Distribute Methamphetamine (5+ Grams) | 2/21/2018 | One |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____.
☒ Count(s) <u>Two and Three of the Superseding Indictment</u> ☐ is ☒ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of material changes in economic circumstances.

July 23, 2019
Date of Imposition of Judgment

Signature of Judge

George Z. Singal, U.S. District Judge
Name and Title of Judge

7-23-19
Date Signed

Case 9:25-tp-80005-XXXX Document 1 Entered on FLSD Docket 01/29/2025 Page 6 of 25

AO 245B (Rev. 02/18) Judgment in a Criminal Case
Sheet 2 — Imprisonment

| | |
|---|---|
| DEFENDANT: **JOSHUA KAUFMAN** | Judgment—Page 2 of 7 |
| CASE NUMBER: 2:18-cr-00036-GZS-001 | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of <u>96 months.</u>

☒ The court makes the following recommendations to the Bureau of Prisons:
The defendant for enrollment in the 500 Hour Comprehensive Drug Treatment Program.
The defendant be incarcerated as close to Boca Raton, Florida as possible at a facility consistent with the Bureau of Prisons designation process in order to be close to family.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐   at _____ ☐ a.m. ☐ p.m. on _____.
    ☐   as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.
    ☐   before 2 p.m. on _____.
    ☐   as notified by the United States Marshal.
    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

    Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____

                   UNITED STATES MARSHAL

By _____

               DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 02/18) Judgment in a Criminal Case
Sheet 3 — Supervised Release

| | Judgment—Page | 3 | of | 7 |

DEFENDANT: JOSHUA KAUFMAN
CASE NUMBER: 2:18-cr-00036-GZS-001

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of: 5 years.

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.

2. You must not unlawfully possess a controlled substance.

3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two additional drug tests during the term of supervision, but not more than 120 drug tests per year thereafter, as directed by the probation officer.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*

4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*

5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*

6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*

7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments of this judgment.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 02/18) Judgment in a Criminal Case
Sheet 3A — Supervised Release

| | | Judgment—Page | 4 | of | 7 |

DEFENDANT: JOSHUA KAUFMAN
CASE NUMBER: 2:18-cr-00036-GZS-001

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____ Date _____

AO 245B  (Rev. 02/18) Judgment in a Criminal Case
Sheet 3D – Supervised Release

| | Judgment—Page | 5 | of | 7 |
|---|---|---|---|---|

DEFENDANT:    JOSHUA KAUFMAN
CASE NUMBER:   2:18-cr-00036-GZS-001

## SPECIAL CONDITIONS OF SUPERVISION

1)    The Defendant shall inform any prescribing medical practitioner that he/she has a history of substance abuse and shall provide the supervising officer with written proof of such notice;

2)    Defendant shall not use or possess any controlled substance, alcohol or other intoxicant; and shall participate in a program of drug and alcohol abuse therapy to the supervising officer's satisfaction. This shall include testing to determine if Defendant has used drugs or intoxicants.  Defendant shall pay/co-pay for services during such treatment to the supervising officer's satisfaction. Defendant shall not obstruct or tamper, or try to obstruct or tamper, in any way, with any tests;

3)    Defendant shall participate in mental health treatment, as directed by the supervising officer, until released from the program by the supervising officer. Defendant shall pay/co-pay for services during such treatment, to the supervising officer's satisfaction;

4)    Defendant shall not own or possess any firearm or other dangerous weapon, or knowingly be at any time in the company of anyone known by him to possess a firearm or other dangerous weapon; and

5)    A United States probation officer may conduct a search of the defendant and of anything the defendant owns, uses, or possesses if the officer reasonably suspects that the defendant has violated a condition of supervised release and reasonably suspects that evidence of the violation will be found in the areas to be searched. Searches must be conducted at a reasonable time and in a reasonable manner. Failure to submit to a search may be grounds for revocation of release.

AO 245B (Rev. 02/18) Judgment in a Criminal Case
Sheet 5 – Criminal Monetary Penalties

Judgment—Page   6   of   7

DEFENDANT:    **JOSHUA KAUFMAN**
CASE NUMBER:    2:18-cr-00036-GZS-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| Count | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| One | $ 100 | $ | $ 0 | $ 0 |

☐ The determination of restitution is deferred until     . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |
| **TOTALS** | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement   $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

     ☐ the interest requirement is waived for the    ☐ fine      ☐ restitution.

     ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B  (Rev. 02/18) Judgment in a Criminal Case
Sheet 6 – Schedule of Payments

| | |
|---|---|
| DEFENDANT: | JOSHUA KAUFMAN |
| CASE NUMBER: | 2:18-cr-00036-GZS-001 |

Judgment—Page  7  of  7

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** ☒ Lump sum payment of $100 due immediately, balance due
  ☒ Any amount that the defendant is unable to pay now is due and payable during the term of incarceration. Upon release from incarceration, any remaining balance shall be paid in monthly installments, to be initially determined in amount by the supervising officer. Said payments are to be made during the period of supervised release, subject always to review by the sentencing judge on request, by either the defendant or the government.
  ☐ not later than _____ , or
  ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:



Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.



☐ Joint and Several

  Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.



☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:



Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

**Query**   **Reports**   **Utilities**   **Help**   **What's New**   **Log Out**

CLOSED,SEALEDDOC

# U.S. District Court
# District of Maine (Portland)
# CRIMINAL DOCKET FOR CASE #: 2:18-cr-00036-LEW-1

Case title: USA v. KAUFMAN, et al                Date Filed: 03/28/2018

Magistrate judge case number: 2:18-mj-00045-JHR  Date Terminated: 07/23/2019

---

Assigned to: JUDGE LANCE E.
WALKER

### Defendant (1)

**JOSHUA KAUFMAN**              represented by   **JONATHAN M. GOODMAN**
*TERMINATED: 07/23/2019*                          TROUBH HEISLER LLC
                                                  P.O. BOX 1150
                                                  SCARBOROUGH, ME
                                                  04070-1150
                                                  207-518-9887
                                                  Fax: 207-774-2339
                                                  Email:
                                                  jgoodman@troubhheisler.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: CJA Appointment*

                                                  **MOLLY BUTLER BAILEY**
                                                  STRIKE, GONZALES &
                                                  BUTLER BAILEY
                                                  400 ALLEN AVENUE
                                                  PORTLAND, ME 04103
                                                  207-878-5519
                                                  Email:
                                                  mbbailey@sgbblawyers.com
                                                  *TERMINATED: 10/19/2018*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE, 21:841(a)(1)<br>(1s) | Prison term of 96 months, 5 years supervised release, $100 special assessment. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE, 21:841(a)(1)<br>(1) | Superseded |
| ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE AND COCAINE, 21:846 and 841(a)(1)<br>(2s) | Dismissed per Notice of Dismissal filed by USA. |
| CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES, 21:846 and 841(a)(1)and 18:2<br>(3s) | Dismissed per Notice of Dismissal filed by USA. |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| COUNT ONE - POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE, 21:841(a)(1). | |

**Plaintiff**

**USA**                    represented by   **DAVID B. JOYCE**
                                            U.S. ATTORNEY'S OFFICE
                                            DISTRICT OF MAINE
                                            100 MIDDLE STREET PLAZA
                                            PORTLAND, ME 04101
                                            (207) 771-3217
                                            Email: david.joyce@usdoj.gov
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*
                                            *Designation: Assistant US*
                                            *Attorney*

Email All Attorneys

Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 02/21/2018 | | Arrest per notification by AUSA Joyce of JOSHUA KAUFMAN (nrg) [2:18-mj-00045-JHR] (Entered: 02/22/2018) |
| 02/22/2018 | 1 | COMPLAINT as to JOSHUA KAUFMAN. (nrg) [2:18-mj-00045-JHR] (Entered: 02/22/2018) |
| 02/22/2018 | 2 | SYNOPSIS as to JOSHUA KAUFMAN (nrg) [2:18-mj-00045-JHR] (Entered: 02/22/2018) |
| 02/22/2018 | 4 | NOTICE OF HEARING as to JOSHUA KAUFMAN: Initial Appearance and Attorney Appointment set for 2/22/2018 01:00 PM in Portland Hearing Room before MAGISTRATE JUDGE JOHN H. RICH III. (nrg) [2:18-mj-00045-JHR] (Entered: 02/22/2018) |
| 02/22/2018 | 5 | MOTION for Detention by USA as to JOSHUA KAUFMAN Responses due by 3/15/2018. (JOYCE, DAVID) [2:18-mj-00045- |

| | | JHR] (Entered: 02/22/2018) |
|---|---|---|
| 02/22/2018 | 6 | Minute Entry for proceedings held before MAGISTRATE JUDGE JOHN H. RICH III: Initial Appearance held as to JOSHUA KAUFMAN. After court inquiry, the record reflects the defendant was arrested on 2/21/2018. Attorney Appointment Hearing held; MOLLY BUTLER BAILEY appointed with STEPHANIE KNIGHT standing in. The defendant is ordered temporarily detained and remanded to the custody of the US Marshals Service. (Court Reporter: Lori Dunbar) (nrg) [2:18-mj-00045-JHR] (Entered: 02/22/2018) |
| 02/22/2018 | 7 | ORDER OF TEMPORARY DETENTION as to JOSHUA KAUFMAN Preliminary Hearing and Detention Hearing set for 2/27/2018 03:00 PM in Portland Hearing Room before MAGISTRATE JUDGE JOHN H. RICH III. By MAGISTRATE JUDGE JOHN H. RICH III. (nrg) [2:18-mj-00045-JHR] (Entered: 02/22/2018) |
| 02/22/2018 | 8 | Financial Declaration by JOSHUA KAUFMAN (Access to document is restricted to USA and applicable defendant only) (nrg) [2:18-mj-00045-JHR] (Entered: 02/23/2018) |
| 02/22/2018 | 9 | ORDER approving 8 Financial Declaration as to JOSHUA KAUFMAN (1) By MAGISTRATE JUDGE JOHN H. RICH III. (nrg) [2:18-mj-00045-JHR] (Entered: 02/23/2018) |
| 02/22/2018 | | CJA 20 as to JOSHUA KAUFMAN: Appointment of Attorney MOLLY BUTLER BAILEY; **NOTICE TO COUNSEL:** CJA documents are now processed via eVoucher. The link to eVoucher and procedural and policy information regarding CJA appointments can be found on our website at http://www.med.uscourts.gov/evoucher. Signed by MAGISTRATE JUDGE JOHN H. RICH III on 2/22/18. (nrg) [2:18-mj-00045-JHR] (Entered: 02/23/2018) |
| 02/26/2018 | 10 | Pretrial Services Report as to JOSHUA KAUFMAN filed by U.S. Probation. (Access to document is restricted to USA and applicable defendant only) (DUFF, TIM) [2:18-mj-00045-JHR] (Entered: 02/26/2018) |
| 02/27/2018 | 11 | Minute Entry for proceedings held before MAGISTRATE JUDGE JOHN H. RICH III:Preliminary Hearing held as to JOSHUA KAUFMAN. The Court finds probable cause. Detention/Bail |

| | | |
|---|---|---|
| | | Hearing portion of this matter is continued to 3/2/2018 at 2:00 PM. The defendant is remanded to the custody of the U.S. Marshal. (Court Reporter: Tammy Martell) (lrc) [2:18-mj-00045-JHR] (Entered: 02/27/2018) |
| 02/27/2018 | 12 | NOTICE OF HEARING as to JOSHUA KAUFMAN Continued Detention Hearing set for 3/2/2018 02:00 PM in Portland Hearing Room before MAGISTRATE JUDGE JOHN H. RICH III. (lrc) [2:18-mj-00045-JHR] (Entered: 02/27/2018) |
| 03/02/2018 | 13 | Minute Entry for proceedings held before MAGISTRATE JUDGE JOHN H. RICH III:Detention Hearing Waived as to JOSHUA KAUFMAN. The defendant is ordered detained and remanded to the custody of the US Marshals Service. (Court Reporter: Tammy Martell) (nrg) [2:18-mj-00045-JHR] (Entered: 03/02/2018) |
| 03/02/2018 | 14 | ORDER OF DETENTION as to JOSHUA KAUFMAN By MAGISTRATE JUDGE JOHN H. RICH III. (nrg) [2:18-mj-00045-JHR] (Entered: 03/02/2018) |
| 03/28/2018 | 15 | INDICTMENT as to JOSHUA KAUFMAN as to Count 1. (mnw) (Additional attachment(s) added on 3/29/2018: # 1 Unredacted Document Available at the Clerk's Office) (mnw). (Entered: 03/29/2018) |
| 03/28/2018 | 16 | SYNOPSIS as to JOSHUA KAUFMAN (mnw) (Entered: 03/29/2018) |
| 03/29/2018 | 18 | NOTICE OF HEARING as to JOSHUA KAUFMAN Arraignment set for 4/5/2018 12:30 PM in Portland Hearing Room before MAGISTRATE JUDGE JOHN H. RICH III. (nrg) (Entered: 03/29/2018) |
| 04/05/2018 | 19 | Minute Entry for proceedings held before MAGISTRATE JUDGE JOHN H. RICH III:Arraignment held as to JOSHUA KAUFMAN (1) Count 1, Plea entered: Not Guilty on count 1; Plea Accepted. (Court Reporter: FTR) (nrg) (Entered: 04/05/2018) |
| 04/05/2018 | 20 | PROCEDURAL ORDER IN A CRIMINAL CASE as to JOSHUA KAUFMAN Motions due by 5/18/2018. Ready for Trial on 6/4/2018. By MAGISTRATE JUDGE JOHN H. RICH III. (nrg) (Entered: 04/05/2018) |
| 04/30/2018 | 21 | TRIAL LIST as to JOSHUA KAUFMAN: Jury Selection set for 6/4/2018 at 9:00 AM in Portland Courtroom 1 before JUDGE NANCY TORRESEN. On Trial List for 6/4/2018. Trial Brief due by |

| | | |
|---|---|---|
| | | 5/25/2018. (jib) (Entered: 04/30/2018) |
| 05/11/2018 | 22 | MOTION to Seal by USA as to JOSHUA KAUFMAN, JONATHAN HARMON & JENNA YORK (mnw) (Entered: 05/14/2018) |
| 05/11/2018 | 23 | SEALED SUPERSEDING INDICTMENT as to JOSHUA KAUFMAN (1) as to Counts 1, 2 and 3; JONATHAN HARMON (2) as to Count 3 & JENNA YORK (3) as to Count 3. (mnw) (Additional attachment(s) added on 5/14/2018: # 1 Unredacted Document Available at the Clerk's Office) (mnw). (Entered: 05/14/2018) |
| 05/11/2018 | 24 | SUPERSEDING INDICTMENT-REDACTED as to JOSHUA KAUFMAN. (mnw) (Entered: 05/14/2018) |
| 05/11/2018 | 25 | SYNOPSIS for the Superseding Indictment as to JOSHUA KAUFMAN (mnw) (Entered: 05/14/2018) |
| 05/14/2018 | 33 | AMENDED MOTION to Seal by USA as to JOSHUA KAUFMAN, JONATHAN HARMON & JENNA YORK (mnw) (Entered: 05/14/2018) |
| 05/14/2018 | 34 | NOTICE OF HEARING as to JOSHUA KAUFMAN - Arraignment on Superseding Indictment set for 5/16/2018 at 1:30 PM in Portland Hearing Room before MAGISTRATE JUDGE JOHN H. RICH III. (mnw) (Entered: 05/14/2018) |
| 05/14/2018 | 35 | MOTION to Suppress by JOSHUA KAUFMAN Responses due by 6/4/2018. (BAILEY, MOLLY) (Entered: 05/14/2018) |
| 05/15/2018 | 36 | NOTICE as to JOSHUA KAUFMAN - Please be advised that due to the pending Motion to Suppress, this case has been removed from the June 4, 2018 Trial List. The case will be placed back on a trial list following ruling on the Motion to Suppress. (mnw) (Entered: 05/15/2018) |
| 05/16/2018 | 37 | ORDER granting 33 Motion to Seal as to JOSHUA KAUFMAN (1), JONATHAN HARMON (2), JENNA YORK (3). For the reasons advanced by the government in its motion, the indictment and associated docket entries shall be sealed, to be unsealed as to defendant Kaufman only and, upon the arrest of defendant Harmon, in its entirety. By MAGISTRATE JUDGE JOHN H. RICH III. (RICH III, JOHN) (Entered: 05/16/2018) |

| 05/16/2018 | 38 | Minute Entry for proceedings held before MAGISTRATE JUDGE JOHN H. RICH III: Arraignment held as to JOSHUA KAUFMAN (1) Counts 1, 2, and 3 of the superseding indictment, Plea entered: Not Guilty on counts 1, 2, and 3 of the superseding indictment; Plea Accepted. (Court Reporter: FTR) (nrg) (Entered: 05/16/2018) |
|---|---|---|
| 06/04/2018 | 62 | MOTION to Extend Time *to respond to Defendant's Motion to Suppress (ECF No. 35)* by USA as to JOSHUA KAUFMAN Responses due by 6/25/2018. (JOYCE, DAVID) (Entered: 06/04/2018) |
| 06/06/2018 | 63 | ORDER granting 62 Motion to Extend Time as to JOSHUA KAUFMAN (1) By JUDGE NANCY TORRESEN. (MMB) (Entered: 06/06/2018) |
| 06/06/2018 | | Reset Deadlines in case as to JOSHUA KAUFMAN regarding 35 MOTION to Suppress - Per Order #63: Response due by 6/6/2018. (mnw) (Entered: 06/06/2018) |
| 06/06/2018 | 64 | RESPONSE in Opposition by USA as to JOSHUA KAUFMAN re 35 MOTION to Suppress Reply due by 6/20/2018. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(JOYCE, DAVID) (Entered: 06/06/2018) |
| 06/11/2018 | 65 | Joint MOTION for Retesting Order by USA as to JOSHUA KAUFMAN Responses due by 7/2/2018. (Attachments: # 1 Text of Proposed Order)(JOYCE, DAVID) (Entered: 06/11/2018) |
| 06/12/2018 | 66 | ORDER - granting 65 Motion for Retesting Order as to JOSHUA KAUFMAN (1). By JUDGE NANCY TORRESEN. (mnw) (Entered: 06/12/2018) |
| 06/20/2018 | 67 | REPLY TO RESPONSE to 35 MOTION to Suppress by JOSHUA KAUFMAN (BAILEY, MOLLY) (Entered: 06/20/2018) |
| 06/26/2018 | | Case as to JOSHUA KAUFMAN, JONATHAN HARMON & JENNA YORK Reassigned to JUDGE GEORGE Z. SINGAL. (mnw) (Entered: 06/26/2018) |
| 07/23/2018 | 68 | TRIAL LIST as to JOSHUA KAUFMAN, JONATHAN HARMON, JENNA YORK Jury Selection set for 9/4/2018 09:00 AM in Portland Courtroom 1 before JUDGE GEORGE Z. SINGAL. On Trial List for 9/4/2018. Trial Brief due by 8/28/2018. (lrc) (Entered: 07/23/2018) |

| 07/26/2018 | 69 | ORDER ON MOTION TO SUPPRESS denying 35 Motion to Suppress as to JOSHUA KAUFMAN (1) By JUDGE GEORGE Z. SINGAL. (lrc) (Entered: 07/26/2018) |
| --- | --- | --- |
| 08/07/2018 | | Reset Deadlines as to JOSHUA KAUFMAN, JONATHAN HARMON, JENNA YORK pursuant to the Speedy Trial Order entered on 8/7/2018: Ready for Trial on 11/5/2018. (lrc) (Entered: 08/07/2018) |
| 08/08/2018 | 72 | State Court Writ Issued for Joshua Kaufman for 8/27/2018 in case as to JOSHUA KAUFMAN (Access to document is restricted to case participants only) (lrc) (Entered: 08/08/2018) |
| 09/26/2018 | 73 | TRIAL LIST as to JOSHUA KAUFMAN, JONATHAN HARMON, JENNA YORK Jury Selection set for 11/5/2018 09:00 AM in Portland Courtroom 1 before JUDGE GEORGE Z. SINGAL. On Trial List for 11/5/2018. Trial Brief due by 10/29/2018. (jib) (Entered: 09/26/2018) |
| 10/02/2018 | 74 | MOTION by Molly Butler Bailey to Withdraw as Attorney by JOSHUA KAUFMAN Responses due by 10/23/2018. (BAILEY, MOLLY) (Entered: 10/02/2018) |
| 10/04/2018 | 75 | NOTICE OF HEARING ON MOTION Re: 74 MOTION by Molly Butler Bailey to Withdraw as Attorney: as to JOSHUA KAUFMAN Motion Hearing set for 10/16/2018 11:00 AM in Portland Hearing Room before MAGISTRATE JUDGE JOHN H. RICH III. (slg) (Entered: 10/04/2018) |
| 10/11/2018 | 76 | ADDENDUM to 10 Pretrial Services Report, as to JOSHUA KAUFMAN filed by U.S. Probation. (Access to document is restricted to USA and applicable defendant only) (Attachments: # 1 Supplement Proposed Conditions)(METCALFE, JENNIFER) (Entered: 10/11/2018) |
| 10/12/2018 | 77 | Unopposed MOTION to Reopen Detention Hearing by JOSHUA KAUFMAN Responses due by 11/2/2018. (BAILEY, MOLLY) (Entered: 10/12/2018) |
| 10/12/2018 | 78 | MOTION to Continue *Trial* by JONATHAN HARMON Responses due by 11/2/2018. (BATES, RANDALL) Modified on 10/12/2018 to clean up docket/filer text (lrc). (Entered: 10/12/2018) |
| 10/15/2018 | 79 | ORDER granting without objection 77 Motion to Reopen Detention Hearing as to JOSHUA KAUFMAN (1). Defendant's request that |

| | | |
|---|---|---|
| | | the reopened detention hearing be held simultaneously with the October 16 hearing on his counsel's motion to withdraw is granted in part, to the extent that counsel shall be prepared to discuss whether the motion to withdraw must be decided first. By MAGISTRATE JUDGE JOHN H. RICH III. (RICH III, JOHN) (Entered: 10/15/2018) |
| 10/16/2018 | | Reset Deadlines as to JOSHUA KAUFMAN, JONATHAN HARMON, JENNA YORK pursuant to the Speedy Trial Order entered on 10/16/2018: Ready for Trial on 1/7/2019. (lrc) (Entered: 10/16/2018) |
| 10/16/2018 | 81 | Minute Entry for proceedings held before MAGISTRATE JUDGE JOHN H. RICH III: Conference of Counsel held (no court reporter present) and Motion Hearing held as to JOSHUA KAUFMAN re 74 MOTION by Molly Butler Bailey to Withdraw as Attorney filed by JOSHUA KAUFMAN. Motion is granted and successor counsel shall be appointed. (Court Reporter: FTR) (nrg) (Entered: 10/16/2018) |
| 10/16/2018 | 82 | ORAL ORDER granting 74 Motion to Withdraw as Attorney as to JOSHUA KAUFMAN (1) By MAGISTRATE JUDGE JOHN H. RICH III. (nrg) (Entered: 10/17/2018) |
| 10/16/2018 | 83 | COURT EXHIBIT LIST from Motion Hearing held on 10/16/2018 as to defendant(s) JOSHUA KAUFMAN (Exhibits listed on the Court Exhibit List are not remotely electronically available) (nrg) (Entered: 10/17/2018) |
| 10/19/2018 | | CJA 20 as to JOSHUA KAUFMAN: Appointment of Attorney JONATHAN M. GOODMAN for JOSHUA KAUFMAN; **NOTICE TO COUNSEL:** CJA documents are now processed via eVoucher. The link to eVoucher and procedural and policy information regarding CJA appointments can be found on our website at http://www.med.uscourts.gov/evoucher. Signed by MAGISTRATE JUDGE JOHN H. RICH III on 10/19/2018. (nrg) (Entered: 10/19/2018) |
| 11/08/2018 | 84 | **FILED IN ERROR** Consent MOTION to Continue *Trial 60 days and Set New Motion Deadline* by JOSHUA KAUFMAN Responses due by 11/29/2018. (GOODMAN, JONATHAN) Modified on 11/9/2018 to reflect that this filing was made in error and will be re-filed by counsel (lrc). (Entered: 11/08/2018) |

| 11/08/2018 | | NOTICE of Docket Entry Modification as to JOSHUA KAUFMAN regarding 84 Consent MOTION to Continue Trial 60 days and Set New Motion Deadline : This docket entry was modified to reflect that it was filed in error and will be re-filed by counsel. (lrc) (Entered: 11/09/2018) |
|---|---|---|
| 11/09/2018 | 85 | Amended Consent MOTION to Extend the Motion Filing Deadline and Continue Trial by JOSHUA KAUFMAN Responses due by 11/30/2018. (GOODMAN, JONATHAN). Added MOTION to Extend Time on 11/9/2018 (lrc). (Entered: 11/09/2018) |
| 11/09/2018 | | Set Deadlines as to JOSHUA KAUFMAN : Government's Proposed Speedy Trial Exclusion Order re: Amended Motion to Extend Time and Continue Trial due by 11/14/2018. (lrc) (Entered: 11/09/2018) |
| 11/12/2018 | 86 | Consent MOTION to Continue *Trial to April List and Motion Deadline to March 1* by JOSHUA KAUFMAN Responses due by 12/3/2018. (GOODMAN, JONATHAN). Added MOTION to Extend Time on 11/13/2018 (akr). (Entered: 11/12/2018) |
| 11/13/2018 | | Set Deadlines as to JOSHUA KAUFMAN : Proposed Speedy Trial Exclusion Order due by 11/15/2018. (akr) (Entered: 11/13/2018) |
| 11/16/2018 | 87 | SPEEDY TRIAL ORDER granting 86 Motion to Extend Motions Deadline and Continue Trial - Time excluded from 11/12/2018 until 3/1/2019 and from 1/7/2019 until 4/1/2019 as to JOSHUA KAUFMAN (1) By JUDGE GEORGE Z. SINGAL. (lrc) (Entered: 11/16/2018) |
| 11/16/2018 | | Reset Deadlines as to JOSHUA KAUFMAN, JONATHAN HARMON, JENNA YORK pursuant to the Speedy Trial Order entered on 11/16/2018: Motions due by 3/1/2019. Ready for Trial on 4/1/2019. (lrc) (Entered: 11/16/2018) |
| 01/18/2019 | 88 | NOTICE OF HEARING as to JOSHUA KAUFMAN <span style="color:red">Counsel shall notify the Clerks Office immediately if circumstances or disputes arise that require holding the Presentence Conference and Sentencing on separate dates.</span> Change of Plea Hearing set for 1/23/2019 03:00 PM in Portland Courtroom 3 before JUDGE GEORGE Z. SINGAL. The defendant will be required to identify every prescription medication he is taking and to specify the dosage and frequency, purpose and effects of the medication. (The same requirement applies to medications prescribed but NOT taken, with an additional requirement that the |

| | | |
|---|---|---|
| | | defendant explain why it was not taken and the consequences of the failure to take it.) Failure to do so satisfactorily may result in the judge's refusal to accept the plea. Counsel may find it convenient to use a written list for this purpose. **Counsel shall file the prosecution version and any plea agreement at least 2 business days prior to the change of plea.** (Check for Receipt of Prosecution Version and any Plea Agreement on 1/21/2018.) (lrc) (Entered: 01/18/2019) |
| 01/22/2019 | 89 | PROSECUTION VERSION as to JOSHUA KAUFMAN (JOYCE, DAVID) (Entered: 01/22/2019) |
| 01/23/2019 | 90 | CONDITIONAL PLEA as to JOSHUA KAUFMAN (lrc) (Entered: 01/23/2019) |
| 01/23/2019 | 91 | Minute Entry for proceedings held before JUDGE GEORGE Z. SINGAL:Change of Plea Hearing held as to JOSHUA KAUFMAN, Guilty Plea entered as to Count One of the Superseding Indictment ; Plea accepted. Counts Two and Three of the Superseding Indictment remain pending and will be ready for trial in April 2019. The defendant is remanded to the custody of the U.S. Marshal. (Court Reporter: Dennis Ford) (lrc) (Entered: 01/23/2019) |
| 01/23/2019 | 92 | NOTICE OF HEARING AS TO COUNT ONE OF THE SUPERSEDING INDICTMENT as to JOSHUA KAUFMAN Presentence Conference set for 4/24/2019 11:00 AM in Judge Singal's Chambers before JUDGE GEORGE Z. SINGAL. Sentencing set for 5/8/2019 03:00 PM in Portland Courtroom 3 before JUDGE GEORGE Z. SINGAL. (lrc) (Entered: 01/23/2019) |
| 02/11/2019 | 97 | NOTICE OF RESCHEDULED HEARING (time change only) as to JOSHUA KAUFMAN Presentence Conference reset for 4/24/2019 03:00 PM in Judge Singal's Chambers before JUDGE GEORGE Z. SINGAL. (lrc) (Entered: 02/11/2019) |
| 02/25/2019 | 98 | NOTICE OF RESCHEDULED HEARING (rescheduled per the Court's calendar) as to JOSHUA KAUFMAN Sentencing reset for 5/14/2019 03:00 PM in Portland Courtroom 3 before JUDGE GEORGE Z. SINGAL. (lrc) (Entered: 02/25/2019) |
| 02/28/2019 | 99 | TRIAL LIST as to JOSHUA KAUFMAN, JONATHAN HARMON, JENNA YORK Jury Selection set for 4/1/2019 at 09:00 AM in Portland Courtroom 1 before JUDGE GEORGE Z. SINGAL. On Trial List for 4/1/2019. Trial Brief due by 3/25/2019. (slg) (Entered: |

| | | 02/28/2019) |
|---|---|---|
| 03/04/2019 | 100 | MOTION for Leave to File *Dismissal as to Counts Two and Three* by USA as to JOSHUA KAUFMAN Responses due by 3/25/2019. (JOYCE, DAVID) (Entered: 03/04/2019) |
| 03/04/2019 | 101 | ORDER granting 100 Motion for Leave to File Notice of Dismissal as to Counts Two and Three as to JOSHUA KAUFMAN (1) By JUDGE GEORGE Z. SINGAL. (lrc) (Entered: 03/04/2019) |
| 03/04/2019 | 102 | NOTICE/Correspondence Re: Dismissal of Counts 2 and 3 by USA as to JOSHUA KAUFMAN. (JOYCE, DAVID) (Entered: 03/04/2019) |
| 03/27/2019 | 117 | Consent MOTION to Extend Time 14 days *to object to Draft Pre-sentence Investigation Report* by JOSHUA KAUFMAN Responses due by 4/17/2019. (GOODMAN, JONATHAN) (Entered: 03/27/2019) |
| 03/27/2019 | 118 | ORDER granting 117 Motion to Extend Time for filing objections to the presentence report as to JOSHUA KAUFMAN (1) By JUDGE GEORGE Z. SINGAL. (lrc) (Entered: 03/27/2019) |
| 03/27/2019 | 119 | NOTICE OF RESCHEDULED HEARINGS as to JOSHUA KAUFMAN Presentence Conference set for 5/14/2019 03:00 PM in Judge Singal's Chambers before JUDGE GEORGE Z. SINGAL. Sentencing set for 6/3/2019 09:00 AM in Portland Courtroom 3 before JUDGE GEORGE Z. SINGAL. (lrc) (Entered: 03/27/2019) |
| 04/03/2019 | 124 | NOTICE OF RESCHEDULED HEARING (time change only) as to JOSHUA KAUFMAN Presentence Conference set for 5/14/2019 08:30 AM in Judge Singal's Chambers before JUDGE GEORGE Z. SINGAL. (lrc) (Entered: 04/03/2019) |
| 05/14/2019 | 127 | Minute Entry for proceedings held before JUDGE GEORGE Z. SINGAL:Presentence Conference held as to JOSHUA KAUFMAN. Defendant's brief regarding issues discussed at the conference due by 6/11/2019, Government's responsive brief due by 6/18/2019, Defendant's reply brief due by 6/25/2019. The sentencing hearing will be rescheduled to a later date and time to allow for briefing. (Court Reporter: Dennis Ford) (lrc) (Entered: 05/14/2019) |
| 05/14/2019 | 128 | NOTICE OF RESCHEDULED HEARING as to JOSHUA KAUFMAN Sentencing reset for 7/23/2019 09:00 AM in Portland Courtroom 1 before JUDGE GEORGE Z. SINGAL. The Court has set aside two hours for this hearing. Counsel shall inform the Clerk's |

| | | |
|---|---|---|
| | | Office if additional time will be needed. (lrc) (Entered: 05/14/2019) |
| 06/10/2019 | 129 | BRIEF *in Support of Request for Categorical Disagreement with Methamphetamine Guidelines* by JOSHUA KAUFMAN (GOODMAN, JONATHAN) (Entered: 06/10/2019) |
| 06/19/2019 | 130 | OBJECTION to 129 Brief by USA as to JOSHUA KAUFMAN (Attachments: # 1 Exhibit 1: Sentencing Transcript)(JOYCE, DAVID) Modified on 6/19/2019 to terminate this filing as a pending motion and clarify docket text (lrc). (Entered: 06/19/2019) |
| 06/19/2019 | | Set Deadlines as to JOSHUA KAUFMAN per deadlines set at the presentence confernece held on 5/14/2019: Defendant's reply to Government's responsive brief shall be filed by 6/25/2019. (lrc) (Entered: 06/19/2019) |
| 06/25/2019 | 131 | BRIEF - *Reply in Support of Request for Categorical Disagreement with Methamphetamine Guidelines* Re: 129 Brief by JOSHUA KAUFMAN (Attachments: # 1 Exhibit A)(GOODMAN, JONATHAN) (Entered: 06/25/2019) |
| 06/27/2019 | 132 | NOTICE OF HEARING LOCATION CHANGE as to JOSHUA KAUFMAN Sentencing set for 7/23/2019 09:00 AM will be held in Portland Courtroom 3 before JUDGE GEORGE Z. SINGAL. (lrc) (Entered: 06/27/2019) |
| 07/17/2019 | 133 | SENTENCING MEMORANDUM by JOSHUA KAUFMAN (GOODMAN, JONATHAN) (Entered: 07/17/2019) |
| 07/17/2019 | 134 | ORDER REGARDING DEFENDANT'S OBJECTION as to JOSHUA KAUFMAN By JUDGE GEORGE Z. SINGAL. (lrc) (Entered: 07/17/2019) |
| 07/19/2019 | 135 | SENTENCING MEMORANDUM by JOSHUA KAUFMAN (GOODMAN, JONATHAN) (Entered: 07/19/2019) |
| 07/22/2019 | 136 | MEMORANDUM by USA as to JOSHUA KAUFMAN (JOYCE, DAVID) (Entered: 07/22/2019) |
| 07/23/2019 | 137 | Minute Entry for proceedings held before JUDGE GEORGE Z. SINGAL:Sentencing held as to JOSHUA KAUFMAN. The defendant is sentenced to a prison term of 96 months, 5 years supervised release, $100 special assessment. The defendant is remanded to the custody of the U.S. Marshal. (Court Reporter: Dennis Ford) (lrc) (Entered: 07/23/2019) |

| 07/23/2019 | 138 | COURT EXHIBIT LIST from Sentencing held on 7/23/2019 as to defendant(s) JOSHUA KAUFMAN (Exhibits listed on the Court Exhibit List are not remotely electronically available) (lrc) (Entered: 07/23/2019) |
|---|---|---|
| 07/23/2019 | 139 | JUDGMENT as to JOSHUA KAUFMAN By JUDGE GEORGE Z. SINGAL. (lrc) (Entered: 07/23/2019) |
| 07/23/2019 | 140 | Statement of Reasons as to JOSHUA KAUFMAN.(Access to document is restricted to USA and applicable defendant only) (Attachments: # 1 Exhibit A-Findings Affecting Sentencing) (lrc) (Entered: 07/23/2019) |
| 08/27/2019 | 141 | Defense Exhibits from the Hearings held on 10/16/2018 and 7/23/2019 as to JOSHUA KAUFMAN Returned to Attorney Goodman via U.S. Postal Mail Service. (lrc) (Entered: 08/27/2019) |
| 10/21/2020 | 142 | SATISFACTION OF JUDGMENT filed by USA as to JOSHUA KAUFMAN Re: 139 Judgment (LIZOTTE, ANDREW) (Entered: 10/21/2020) |
| 01/22/2025 |  | Case as to JOSHUA KAUFMAN Reassigned to JUDGE LANCE E. WALKER. (slg) (Entered: 01/22/2025) |